# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 08-CR-273

MORRIS D. KING,

        Defendant.

_____

## ORDER

        On April 27, 2009, United States Magistrate Judge Aaron E. Goodstein issued a recommendation that this court deny defendant Morris D. King's ("King") motion to suppress physical evidence seized during the course of a search of King's residence. Neither party has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1) and General Local Rule 72.3. Moreover, since the filing of Magistrate Goodstein's recommendation, a plea agreement has been filed in which King has agreed to plead guilty to the single count indictment against him. After reviewing the recommendation, the court adopts it in its entirety and denies King's motion to suppress. *See United States v. Edwards*, 894 F.Supp. 340, 341 (E.D. Wis. 1995) (holding *de novo* review only required for portions of magistrate's recommendation to which timely object is made).

        Accordingly,

**IT IS ORDERED** that the April 27, 2009 recommendation of Magistrate Goodstein that defendant's motion to suppress evidence be denied (Docket #25) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence (Docket #10) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 19th day of May, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge